ORDER:
Motion granted in part. The Initial Case Mgt Conference is continued to November 5, 2013, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Atlanticus Partners, Inc., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:2013-cv-00777 |
| Bank of Bloomsdale, ) | Judge Sharp |
| And ) | Magistrate Judge Knowles |
| Citizens Electric Corporation ) | |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

Come now the parties, by and through counsel, and move the Court to continue the Initial Case Management Conference set in the above styled matter for Monday, September 30, 2013, at 11:00 a.m. The parties would further move that the initial Case Management Conference be held on such day as the Court orders that is not less than thirty (30) days after entry of an order either denying or reserving for disposition at trial either or both of the Motions to Dismiss (Docs. 11 and 22) filed by the Defendants in this case. The parties further agree that if such an order on either Motion to Dismiss is entered, the movant shall file its answer no later than fourteen (14) days thereafter, as provided in Fed. R. Civ. P. 12.

The grounds upon which this Motion is made are supplied in the attached Memorandum.