IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ATLANTICUS PARTNERS, INC | ) | |
| | ) | |
| | ) | Case No. 3:13-00777 |
| v. | ) | JUDGE SHARP |
| | ) | |
| BANK OF BLOOMSDALE, et al., | ) | |
| | ) | |

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal without Prejudice (Docket Entry No. 34) filed by the Plaintiff, Defendant Citizens Electric Corporation is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE